Joshua M. Wolf, OSB No. 141892
WOLF LEGAL, LLC
220 NW 8th Ave.
Portland, Oregon 97209
Telephone: 503.893.9788
Email: Josh@WolfLegalPDX.com

George M. Chalos (GC-8693)
Briton P. Sparkman (BS-5220)
(*pro hac vice* applications forthcoming)
CHALOS & CO., P.C.
7210 Tickner Street
Houston, Texas 77055
Telephone: (713) 574-9454
Email: gmc@chaloslaw.com
        bsparkman@chaloslaw.com

*Attorneys for Plaintiff*
TERMOIL LIMITED

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| TERMOIL LIMITED, | ) |
|        Plaintiff, | ) Case No. 3:19-cv-01254 |
| v. | ) **ATTORNEY VERIFICATION** |
| M/V MEDI NEWPORT, IMO No. 9758454, her engines, freights, apparel, appurtenances, tackle, etc., *in rem*, | ) |
|        Defendant. | ) |

Pursuant to 28 U.S.C. § 1746, I, Joshua M. Wolf, declare:

1. I am a counsel for TERMOIL LIMITED and am authorized to act on the company's behalf.

2. I have read the foregoing Verified Complaint and know the contents thereof; and

Page | 1 – Attorney Verification

3.  I believe the matters to be true based on documents and information obtained from employees and representatives of the Plaintiff through its agents, underwriters, and attorneys.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:   August 9, 2019
                Portland, Oregon

By: _____
Joshua M. Wolf
*Attorney for Plaintiff*

Page | 2 – Attorney Verification